IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-68-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MARCUS TERRELL BURNEY, | ) |
| | ) |
| Defendant. | ) |

On October 29, 2014, Marcus Terrell Burney filed a motion for reconsideration concerning

his sentence. See [D.E. 120]. Burney's appeal is pending. See [D.E. 114, 115, 118, 119]. The court

lacks jurisdiction over the motion. See, e.g., Griggs v. Provident Consumer Disc. Co., 459 U.S. 56,

58 (1982) (per curiam); Lewis v. Tobacco Worker's Int'l Union, 577 F.2d 1135, 1139 (4th Cir.

1978); cf. 18 U.S.C. § 3582(c). Accordingly, Burney's motion for reconsideration [D.E. 120] is

DISMISSED.

SO ORDERED. This **30** day of October 2014.

JAMES C. DEVER III
Chief United States District Judge